United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-01862-JAW
Christopher Parks Cole Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3　　　　　　　　　　User: mssbad　　　　　　　　　　Page 1 of 3
Date Rcvd: Apr 08, 2025　　　　　　　Form ID: 3180W　　　　　　　　Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Parks Cole, 840 Willoway Cove E., Byram, MS 39272-9122 |
| cr | + | Ameris Bank fka Fidelity Bank, c/o Olivia Spencer, Esq., 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216-4944 |
| 4909035 | + | 1st Franklin Financial, 317 Highway 80 East, Clinton, MS 39056-4717 |
| 4909037 | + | Ameris Bank, PO Box 105690, Atlanta, GA 30348-5690 |
| 4923916 | + | Ameris Bank fka Fidelity Bank, P.O. Box 105075, Atlanta, GA 30348-5075 |
| 4918334 | + | Olivia Spencer, King & Spencer, PLLC, for Ameris Bank fka Fidelity Bank, 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216-4944 |
| 4917731 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |
| 4909058 | | Plain Green Loans, PO Box 270, Hays, MT 59527 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 08 2025 23:45:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4911221 | + | Email/Text: bankruptcy@1ffc.com | Apr 08 2025 19:48:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, P.O. Box 880, Toccoa, GA 30577-0880 |
| 4909039 | | Email/Text: LS@mycentz.com | Apr 08 2025 19:48:00 | Aspen Financial, 74 E Swedes Ford Rd, Ste 150, Malvern, PA 19355 |
| 4909036 | + | Email/Text: bankruptcy@af247.com | Apr 08 2025 19:48:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 4909038 | + | Email/Text: collections@arrowheadadvance.com | Apr 08 2025 19:48:00 | Arrowhead Advance, P.O. Box 6048, Pine Ridge, SD 57770-6048 |
| 4909040 | + | Email/Text: bk@avant.com | Apr 08 2025 19:48:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 4909043 | | Email/Text: bankruptcy@bigpictureloans.com | Apr 08 2025 19:48:00 | Big Picture Loans, P.O. Box 704, Watersmeet, MI 49969 |
| 4909041 | ^ | MEBN | Apr 08 2025 19:44:15 | Balanced Credit, PO Box 4356, Houston, TX 77210-4356 |
| 4909042 | + | EDI: TSYS2 | Apr 08 2025 23:45:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 4909044 | + | EDI: CAPITALONE.COM | Apr 08 2025 23:45:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4921925 | + | EDI: AIS.COM | Apr 08 2025 23:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4909045 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 08 2025 19:48:00 | Cash Net USA, 200 West Jackson Blvd, 14th |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Floor, Chicago, IL 60606-6929 |
| 4911297 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 08 2025 19:48:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4909046 | + | EDI: JPMORGANCHASE | Apr 08 2025 23:45:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 4909047 | + | EDI: CITICORP | Apr 08 2025 23:45:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 4909048 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2025 19:50:36 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4909049 | | EDI: DISCOVER | Apr 08 2025 23:45:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 4913205 | | EDI: DISCOVER | Apr 08 2025 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4909050 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 08 2025 19:48:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 4909740 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 08 2025 19:48:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 4909051 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 08 2025 19:48:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 4923725 | | EDI: JEFFERSONCAP.COM | Apr 08 2025 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4917570 | + | Email/Text: RASEBN@raslg.com | Apr 08 2025 19:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4923691 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2025 19:50:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4921884 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2025 19:50:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4909054 | | Email/Text: bankruptcy@mobiloans.com | Apr 08 2025 19:48:00 | Mobiloans, LLC, Po Box 1409, Marksville, LA 71351 |
| 4909052 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 08 2025 19:48:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4909053 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2025 19:50:32 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4909055 | + | EDI: AGFINANCE.COM | Apr 08 2025 23:45:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4912058 | | EDI: AGFINANCE.COM | Apr 08 2025 23:45:00 | OneMain Financial Group, LLC, ONEMAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 4909056 | + | Email/Text: opportunitynotices@gmail.com | Apr 08 2025 19:48:00 | Opportunity Financial, 130 East Randolph St, Chicago, IL 60601-6207 |
| 4929894 | + | Email/Text: opportunitynotices@gmail.com | Apr 08 2025 19:48:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 4917247 | | Email/Text: perituselevate@peritusservices.com | Apr 08 2025 19:48:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4928205 | | EDI: PRA.COM | Apr 08 2025 23:45:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5008307 | + | EDI: PRA.COM | Apr 08 2025 23:45:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4928771 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 08 2025 19:48:00 | Peritus Portfolio Services, PO Box 141419, Irving, TX 75014-1419 |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 4909057 | + | Email/Text: Contact@PersonifyFinancial.com | Apr 08 2025 19:48:00 | Personify, P.o. Box 500650, San Diego, CA 92150-0650 |
| 4909059 | | Email/Text: bankruptcy@republicfinance.com | Apr 08 2025 19:48:00 | Republic Finance, 26 Holiday Rambler Ln, Byram, MS 39272 |
| 4914422 | | Email/Text: bankruptcy@republicfinance.com | Apr 08 2025 19:48:00 | Republic Finance, Republic Finance,LLC, 282 Tower Rd, Ponchatoula,La 70454 |
| 4909060 | + | EDI: PHINELEVATE | Apr 08 2025 23:45:00 | RISE Credit, 4150 International Pla, Fort Worth, TX 76109-4819 |
| 4930447 | + | Email/Text: bncmail@w-legal.com | Apr 08 2025 19:48:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4909061 | + | EDI: SYNC | Apr 08 2025 23:45:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 4926499 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 08 2025 19:48:00 | The Bank of Missouri, The Bank of Missouri d/b/a Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Christopher Parks Cole jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Olivia Spencer | on behalf of Creditor Ameris Bank fka Fidelity Bank spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christopher Parks Cole trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Christopher Parks Cole** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4634 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20–01862–JAW** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Christopher Parks Cole**
aka Christopher P Cole

Dated: 4/8/25

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**